```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | \* | |
| | \* | |
| **vs.** | \* | **CRIMINAL NO. 15-00242-WS-B** |
| | \* | |
| **AUSTIN EDWARD REEVES,** | \* | |
| | \* | |
| **Defendant.** | \* | |

## ORDER

Christopher Knight, counsel for Defendant Austin Edward Reeves, filed a Notice of Intent to Plead Guilty (Doc. 13), wherein he advised the Court that Defendant desires to change her plea of not guilty and enter a plea of guilty to **Count One** of the Indictment.  Mr. Knight further advises that the plea will be pursuant to a plea agreement.  Accordingly, the pretrial conference currently scheduled for December 11, 2015 is hereby **CANCELED** and this action is set for a guilty plea hearing on **December 15, 2015, at 9:30 a.m., CST,** before United States District Judge William H. Steele, in Courtroom 2A of the United States District Court, 113 St. Joseph Street, Mobile, Alabama, 36602.

The parties are **ORDERED** to file a written Rule 11 Plea Agreement not later than **one (1) full day prior to the guilty plea hearing.  Delays in filing the plea agreement or tardy appearances for the guilty plea hearing will result in counsel**

**being required to show cause why they should not be held in contempt.**

If Defendant does not plead as set forth above, counsel shall immediately notify the undersigned Magistrate Judge so that the pretrial conference can be rescheduled.

**ORDERED** this **8th** day of **December, 2015.**

                                             **/s/ SONJA F. BIVINS**
                                     **UNITED STATES MAGISTRATE JUDGE**